IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD M. APPEL, RITA APPEL, and NANETTE APPEL-BLOOM, Individually and on Behalf of all Others Similarly Situated<br><br>v.<br><br>GERALD S. KAUFMAN, et al. | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: NO. 08-392 |

ORDER

AND NOW, this 24th day of April, 2009, upon consideration of the plaintiffs' motion to disqualify counsel (Docket No. 60), the defendants' opposition and the plaintiffs' reply thereto, IT IS HEREBY ORDERED that the plaintiffs' motion is DENIED without prejudice to reassert their arguments at a later date. It is further ORDERED that the stay of proceedings relating to defendant Aries Capital's motion to dismiss (Docket No. 55) is LIFTED and the plaintiffs shall have two weeks from the date of this order to file an opposition to that motion; the defendant shall then have one week from the date of the filing of that opposition in which to reply. It is further ORDERED that Gerald Kaufman and the Gerald S. Kaufman Corporation shall file an answer to the amended complaint within ten days of the entry of this order.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.